# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY ORR, | CASE NO. 3:23-cv-00622-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| TITIOUS LEE TURNER; WERNER ENTERPRISES, INC.; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES I-X, inclusive, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KELLY ORR and Defendants TITIOUS LEE TURNER and WERNER ENTERPRISES, INC., by and through their respective undersigned counsel of record, that Plaintiff's Complaint, including all claims

. . .
. . .
. . .
. . .
. . .
. . .

and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED.**

Dated this ___ day of November 2025.            Dated this 13th day of November 2025.

TERRY FRIEDMAN AND JULIE                         THORNDAL ARMSTRONG, PC
THROOP, PLLC

_____                        _____
JULIE M. THROOP, ESQ.                            MICHAEL C. HETEY, ESQ.
Nevada Bar No. 11298                             Nevada Bar No. 5668
JOHN C. BOYDEN, ESQ.                             KATHERINE F. PARKS, ESQ.
Nevada Bar No. 1975                              Nevada Bar No. 6227
300 S Arlington Avenue                           JUSTIN H. PFREHM, ESQ.
Reno, Nevada 89501                               Nevada Bar No. 7484
Attorneys for Plaintiff,                         6590 S. McCarran Blvd., Suite B
KELLY ORR                                        Reno, Nevada 89509
                                                 Attorneys for Defendants,
                                                 TITIOUS LEE TURNER and
                                                 WERNER ENTERPRISES, INC.

## ORDER

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: November 18, 2025

Page 2 of 2
*Orr v. Turner and Werner Enterprises, Inc.*, Case No. 3:23-cv-00622-ART-CLB
**Order for Dismissal with Prejudice**